```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 10-51151-659  Chapter 13
      CARLITO MENDOZA MAMANGON      )
                                    ) Trustee's Objection to Confirmation
      EDNA DELA CRUZ MAMANGON       )
                                    ) Original confirmation hearing
                        Debtor(s)   ) set for Nov 23, 2010 11:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Paragraph 5A fails to provide an interest rate and cure period for pre-petition home loan arrears.
2. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
3. The plan pays attorney fees in excess of that owed per the 2016(b) form.
4. The set monthly payments to be made by the Trustee exceed the plan payment.
5. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   PLAN FAILS TO ADDRESS POST PETITION PAYMENTS ON 2ND MORTGAGE AND CONTAINS INSUFFICIENT FUNDS TO PAY THIS DEBT IN FULL. LIEN STRIPPING PROVISION IS NOTED.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                    /s/ John V. LaBarge, Jr.
KLW-351                             --------------------------------
                                    John V LaBarge Jr
Copy served on the following either Chapter 13 Trustee
through the Court's ECF system or by P.O. Box 430908
ordinary mail on October 28, 2010 : St. Louis, MO 63143   (314) 781-8100
                                    trust33@ch13stl.com   Fax:(314) 781-8881

GOLDBERG LAW FIRM LLC
6901 GRAVOIS AVE
ST LOUIS MO  63116


CARLITO MENDOZA & EDNA DELA CRUZ MAMANGON
713 RUTH AVE
FESTUS MO  63028
```